**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01548-CR

**ROBERT THOMAS THORN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1122695-W**

## ORDER

We **GRANT** appellant's April 5, 2013 motion to extend the time to file appellant's brief.

Appellant's brief received by the Clerk of the Court on April 15, 2013 is **DEEMED** timely filed

as of the date of this order.

/s/    LANA MYERS
        JUSTICE